BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7025
FAX: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN CARLOS GONZALES,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:16-cv-2872 JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties to this action hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and pursuant to the Settlement Agreement entered into by the parties to this action. Each party shall bear its own fees and costs, except as set forth in the parties' Settlement Agreement.

Dated: October 2, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/ Pamela Johann

PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendant

DATED: October 3, 2017

Juan Carlos Gonzales
Plaintiff

DATED: October 3, 2017

ROUDA, FEDER, TIETJEN & McGUINN

Cynthia McGuinn
Attorney for Plaintiff Juan Carlos Gonzales

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

Dated: 10/25/17

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA